UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOYCE JONES and
MARGARET SCHNITZER, on behalf of themselves
and a class of those others similarly situated,**

    **Plaintiffs,**

v.                                                         Case No. 9:19-cv-81422-BER
                                                                      CLASS ACTION

**THE JEROME GOLDEN CENTER FOR
BEHAVIORAL HEALTH, INC.**

    **Defendant.**
_____/

## ORDER GRANTING JOINT MOTION TO APPROVE CLASS SETTLEMENT AND ESTABLISH SETTLEMENT PROCEDURES (ECF No. 159)

THIS CAUSE comes before the Court upon the Joint Motion to Approve Class Settlement and Establish Settlement Procedures ("the Motion") (ECF No. 159). The Court, having considered the Motion, concludes that it should be **GRANTED**.

The instant Settlement was accomplished after a mediation conference with the Court. The Court has reviewed the financial condition of the Defendant. The Parties are in agreement that the Settlement is fair, adequate, and reasonable and should be preliminarily approved.

For these reasons, and those stated in the Motion, it is hereby ORDERED AND ADJUDGED that:

(1)    The parties' Joint Motion to Approve Class Settlement and Establish Settlement Procedures is granted.

(2)    The Court grants preliminary approval of the Settlement.

(3)    The Court approves the Notice Program detailed in the Settlement Agreement and the form, contents, and the method of publication of the Notice of Settlement (ECF No. 160).

(4)     The Court approves the objection procedures delineated in the Settlement Agreement.

(5)     The Court will schedule a telephonic fairness hearing on final settlement approval to occur on **August 31, 2021 at 2:00 p.m.**  Counsel shall appear telephonically using the following conference call instructions: Dial 1-888-557-8511; Enter access code 4098267#; and Enter security code 1234#.

DONE and ORDERED in West Palm Beach, Florida on June 28, 2021.

_____
Bruce E. Reinhart
United States Magistrate Judge

Copies furnished to:

Counsel/Parties of Record