UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

**JOYCE JONES and**
**MARGARET SCHNITZER, on behalf of themselves**
**and a class of those others similarly situated,**

 **Plaintiffs,**

v.              Case No. 9:19-cv-81422-RLR
               **CLASS ACTION**

**THE JEROME GOLDEN CENTER FOR**
**BEHAVIORAL HEALTH, INC.**

 **Defendant.**
_____/

## NOTICE OF FILING

 Plaintiffs, by and through Class Counsel, hereby file the following document:

1. Fully executed settlement agreement.

                 Respectfully submitted,

                 /s/ Ryan D. Barack
                 **Ryan D. Barack**
                 Florida Bar No. 0148430
                 rbarack@employeerights.com
                 Jackie@employeerights.com
                 **Michelle Erin Nadeau**
                 Florida Bar No. 0060396
                 mnadeau@employeerights.com
                 Jackie@employeerights.com
                 **Kwall Barack Nadeau PLLC**
                 304 S. Belcher Rd., Suite C
                 Clearwater, Florida 33765
                 (727) 441-4947
                 (727) 447-3158 Fax
                 Attorneys for Plaintiffs

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th day of June 2021 a true and correct copy of the above was filed via the CM/ECF system to all counsel of record.

s/ Ryan D. Barack
Attorney
